# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE
# CHAPTER 13

In Re:  MARTHA CARODINE HUNT                                                                 Chapter 13

Debtor(s)

DEBTOR(S):   Martha Carodine Hunt                                                  S.S.#  xxx-xx-8932

                                                                                                          S.S.#  xxx-xx-xxxx

ADDRESS:    6662 W. Spencer Forest Cove

                      Memphis, TN 38141

PLAN PAYMENT: Debtor(s) to pay    **$675.00**                    **Bi-Weekly**

              PAYROLL DEDUCTION (X)  OR DIRECT (X) BECAUSE:

EMPLOYER:   Paulsen Printing Company

                        4753 S. Mendenhall

                        Memphis, TN 38141

                                    1ST PMT:

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

                                                                                                                         MONTHLY

CHILD SUPPORT: Ongoing pmt. to _____ begins _____ 2011 _____

                              Child support arrearage amount _____

HOME MORTGAGE: If no arrearage, ongoing payments are to be made directly by the debtor(s).

Aurora Bank                        Ongoing pmt. Begins November 2011            $1,135.00

            Approx. arrearage $9,400.00              Interest 0.0 %            $180.00

SECURED CREDITORS: Adequate protection payment will be 1/4 (25%) of proposed creditor monthly payment.
(retain lien 11 U.S.C. §1325(a)(5))              VALUE OF           RATE OF        MONTHLY
                                                 COLLATERAL         INTEREST       PLAN PAYMENT
                                                                    _____ %       _____
                                                                    _____ %       _____

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General Unsecured creditors will receive TBD%
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:        $8,438.22
TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.