## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re:  MARTHA CARODINE HUNT                                              Case No. 11-28326-K

Debtor                                                                                        Chapter 13

_____

### MOTION TO AMEND PLAN.
_____

Comes now the debtor, by and through counsel of record, and for this Motion states:

1. The debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on August 16, 2011.

2. The debtor included Carrington Mortgage Services, LLC in the original petition as the first mortgage holder on her principal residence located at 6662 W. Spencer Forest Cove in Memphis, TN 38141.

3. The debtor proposes to amend the plan to reflect that Carrington Mortgage Services, LLC transferred the mortgage account to Rushmore Loan Management, LLC. 15480 Laguna Canyon Rd, Ste 100 in Irvine, CA 92618.

4. The Trustee would adjust the debtors' plan accordingly.

WHEREFORE, the debtor moves the Court to change the debtor's mortgage from Carrington Mortgage Services, LLC to Rushmore Loan Management, LLC.

Respectfully Submitted,

/s/ Herbert Hurst
Herbert Hurst          18721
Hurst Law Firm, P. A.
Attorney for Debtor(s)
P. O. Box 41497
Memphis, TN   38174-1497
(901) 725-1000

### CERTIFICATE OF SERVICE

      The undersigned party, attorney for party, or agent therefore, hereby certifies that on this 25th day of June, 2014 copies of the above document were electronically mailed, mailed via the United States Postal Service, or hand delivered to the parties listed.

      /s/ Joshua Kirk
Joshua Kirk, Paralegal
Hurst Law Firm, P. A.
Attorney for Debtor(s)
P. O. Box 41497
Memphis, TN  38174-1497
(901) 725-1000

NAMES AND ADDRESSES OF ENTITIES SERVED:

Debtor(s)

Chapter 13 Trustee

Carrington Mortgage Services, LLC
Attention: Customer Service Dept
POB 54285
Irvine, CA 92619

Rushmore Loan Management, LLC
15480 Laguna Canyon Rd, Ste 100
Irvine, CA 92618